1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 9th floor
6     San Francisco, CA 94102
      Telephone: 415.436.7324
7     Facsimile:   415.436.6748
      Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )
14                                   )          No. CV 08-0826 MMC
                  Plaintiff,         )
15                                   )
             v.                      )          CERTIFICATE OF SERVICE
16                                   )
                                     )
17 APPROXIMATELY $61,386.00 IN       )
   UNITED STATES CURRENCY,           )
18                                   )
                  Defendant.         )
19 _____)

20        The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers. The undersigned further certifies that she caused a copy of

23        1.    Government Complaint for Forfeiture;

24        2.    Notice of Forfeiture Action;

25        3.    Warrant of Arrest of Property *In Rem;*

26        4.    Case Management Conference Order;

27        5.    US District Court Rules and Guidelines;

28        6.    ADR Dispute Resolution Procedures in the Northern District of California;

7. ECF Registration Information Handout; and

8. Notice of Availability of Magistrate Judge to Exercise Jurisdiction

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Nelson McElmurry, Esq  
The Salciccia Building  
870 North First Street  
San Jose, CA 95112  
Attorney for Que Tu Ngo, Julie Luu, and  
Toan Quang Hang

Kwang Young Pak  
2452 Cameron Drive  
Union City, CA 94587-1839

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __8th__ day of February, 2008, at San Francisco, California.

_____/S/_____  
CAROLYN JUSAY  
Legal Assistant  
Asset Forfeiture Unit

Certificate of Service  
C 08-0826 MMC                                    2