```
THE LAW OFFICES OF THOMAS SALCICCIA
NELSON MCELMURRY, SBN 236079
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA  95112
TELEPHONE:  (408) 295-5555
```

Attorney for Claimant Toan Quang Hang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:  CV-08-0826 |
| Plaintiff, ) | Rule G(5) Verified Statement Of Interest In Property |
| v. ) | |
| APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY ) | |
| Defendant ) | |

I, Toan Quang Hang, declare as follows:

1. I am a claimant to the approximately $61,386.00 in United States Currency (hereinafter "currency").

2. My interest in the currency is that I am the lawful and rightful owner of $20,000.00 (twenty-thousand dollars) of the seized currency, which was the cash proceeds of the sale of my 2001 C320 Mercedes Benz which was sold to Larry Nguyen in approximately December 2006.

I declare under penalty of perjury that the foregoing is true and correct and executed in Fremont, Alameda County, California on February 25, 2008.

2-26-08  
DATE

*[signature]*  
TOAN QUANG HANG