THE LAW OFFICES OF THOMAS SALCICCIA
NELSON MCELMURRY, SBN 236079
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA  95112
TELEPHONE:  (408) 295-5555

Attorney for Claimant Julie Hoang Luu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  CV-08-0826 |
| Plaintiff, | Rule G(5) Verified Statement Of Interest In Property |
| v. | |
| APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY | |
| Defendant | |

I, JULIE HOANG LUU, declare as follows:

1.  I am a claimant to the approximately $61,386.00 in United States Currency (hereinafter "currency").

2.  My interest in the currency is that this money was lawfully and rightfully my money, withdrawn from my Bank Of America Account 10605-04965 in the following cash withdrawal transactions:

   a.  10/25/05 - 1,300.00

   b.  10/27/05 - $8,000.00

   c.  10/28/05 - $2,700.00

   d.  11/03/05 - $2,600.00

   e.  11/07/05 – 10,000.00

-1-

The following withdrawals were from my Bank Of America Account # 16623-40506:

    a.  5/4/2006 - $4,500.00

    b.  5/4/2006 - $4,000.00

    c.  5/4/2006 - $215.71

Bank statements reflecting each withdrawal are available.

I declare under penalty of perjury that the foregoing is true and correct and executed in Fremont, Alameda County, California on February 25, 2008.

_____
DATE

_____
JULIE HOANG LUU