```
THE LAW OFFICES OF THOMAS SALCICCIA
NELSON MCELMURRY, SBN 236079
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA  95112
TELEPHONE:  (408) 295-5555
```

Attorney for Claimant Que Ngo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  CV-08-0826 |
| Plaintiff, | Rule G(5) Verified Statement Of Interest In Property |
| v. | |
| APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY | |
| Defendant | |

I, QUE NGO, declare as follows:

1. I am a claimant to the approximately $61,386.00 in United States Currency (hereinafter "currency").

2. My interest in the currency is that this money was lawfully and rightfully my money earned from employment, withdrawn from my Wells Fargo Bank Account 698-7226369.  I've listed below the monthly withdrawal summaries for the bank statements I have in my possession.  There are more withdrawals which are not listed because I don't currently have the bank statements available.

   a. 2/28/2005 - $700.00

   b. 4/27/2005 - $600.00

   c. 5/26/2005 - $500.00

   d. 6/27/2005 - $300.00

   e. 7/28/2005 – $800.00

f.  8/25/2005 - $100.00

g.  9/28/2005 - $700.00

h.  10/28/2005 - $400.00

i.  3/27/2006 - $800.00

j.  4/27/2006 - $800.00

k.  6/272006 - $ 500.00

l.  10/27/2006 - $1,400.00

m.  11/28/2006 - $600.00

n.  12/28/2006 - $800.00

o.  1/29/2007 - $600.00

p.  2/28/2007 - $900.00

q.  3/27/2007 - $600.00

r.  4/26/2007 - $900.00 (Withdrawals occurred on 4/4, 4/4, and 4/12)

Bank statements reflecting each withdrawal are available.

I declare under penalty of perjury that the foregoing is true and correct and executed in Fremont, Alameda County, California on February 25, 2008.

2-26-08

DATE

QUE NGO