```
 1  THE LAW OFFICES OF THOMAS SALCICCIA
    NELSON MCELMURRY, SBN 236079
 2  THE SALCICCIA BUILDING
    870 NORTH FIRST STREET
 3  SAN JOSE, CA  95112
    TELEPHONE:  (408) 295-5555
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: CV-08-0826 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $61,386.00 IN UNITED ) STATES CURRENCY ) | |
| ) | |
| Defendant ) | |
| _____) | |

The undersigned hereby certifies that she is a competent adult of such age and discretion to be competent to service papers. The undersigned certifies that the following documents were caused to be served by her

1) Verified Statement of Toan Hoang

2) Verified Statement of Que Ngo

3) Verified Statement of Julie Luu

via certified mail upon the following person:

  AUSA Susan B. Gray
  450 Golden Gate Ave., 9th Floor
  San Francisco, CA 94102

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct and executed in San Jose, California on March 11, 2008.

*/s/ Gina Salciccia*
GINA SALCICCIA

-1-

Certificate Of Service