NELSON MCELMURRY, ESQ. SBN 236079
LAW OFFICES OF THOMAS SALCICCIA
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA 95112
TELEPHONE: (408) 295-5555

Attorney for Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>APPROXIMATELY $61,386.00 in UNITED STATES CURRENCY,<br>Defendant | No. CV-08-0826-MMC<br><br>STIPULATION TO ALLOW CLAIMAINTS TOAN HOANG, QUE NGO, JULIE LUU A 60 DAY EXTENSION TO FILE ANSWER<br><br>(PROPOSED) ORDER |

Claimants TOAN HOANG, QUE NGO, and JULIE LUU hereby request a sixty (60) day extension to file their respective answers in the above entitled action. The answers, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions are currently due April 3, 2008. Supplemental Rule G(5)(b). This request is to extend the time for the above listed Claimants to file their answers up to and including June 2, 2008.

This request is based on good cause in that defendant's attorney Nelson McElmurry is facing a sudden and substantial hardship as his law partner was diagnosed with congenital heart failure and Mr. McElmurry must assist with additional, unexpected cases.

Plaintiff, United States of America, does not object to such a sixty (60) day extension and with court approval, stipulates to.

*It Is So Stipulated.*

_____  _____
Susan B. Gray, AUSA        Nelson McElmurry
Attorney For Plaintiff     Attorney For Claimants

GOOD CAUSE APPEARING, the time for the above listed Claimants to file answers pursuant to Supplemental Rule G(5)(b) is hereby extended from April 3, 2008, up to and including June 2, 2008.

IT IS SO ORDERED.

Dated:_____

_____
MAXINE M. CHESNEY
United States District Judge