**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                     E-filing

Date: MAY 16 2008

C-08-0826-MMC

_UNITED STATES_ v. _$61,386 IN US CURRENCY_

Attorneys: _SUSAN GRAY_       _NELSON McELMURRY_

Deputy Clerk: **TRACY LUCERO**       Reporter: _NOT REPORTED_

**PROCEEDINGS:**                                              **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference _INITIAL_

**ORDERED AFTER HEARING:**

_Joint statement due by 10/3/08._
_Δ will file Answer by 6/6/08._

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For:_____
       ( ) By Court
(✓) CASE CONTINUED TO _10/10/08 @ 10:30_ for _Continued Case Management Conference_

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                     Type of Trial: ( ) Jury   ( ) Court
Notes: _____

(5 min)