ERIK G. BABCOCK (SBN 172517)
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
510.452.8400 Tel.
510.452.8405 Fax

Attorney for Claimants
TOAN HOANG, QUE NGO, and JULIE LUU

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY,

        Defendant.

TOAN HOANG, QUE NGO, and JULIE LUU,

        Claimants.

No. CV-08-0826 MMC

**ANSWER OF CLAIMANTS TOAN HOANG, QUE NGO, and JULIE LUU TO COMPLAINT FOR FORFEITURE**

Claimants TOAN HOANG, QUE NGO, and JULIE LUU, by their attorney, respectfully answer plaintiff's Complaint for Forfeiture dated February 6, 2008 as follows:

1. Claimants admit the allegations in Paragraphs 2, 4, 5, 6, 7, 32,

2. Claimants deny the allegations in Paragraphs 33.

3. Claimants lack sufficient knowledge or information to form a belief as to the truth of paragraphs 1, 3, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, and 30.

4. Answering paragraph 31, claimants incorporate their answers to paragraphs 1 through 30.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

Plaintiff lacks probable cause for the institution of this forfeiture suit;

SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted;

### THIRD AFFIRMATIVE DEFENSE

Claimants are each innocent owners;

### FOURTH AFFIRMATIVE DEFENSE

The seizure of the claimants' property was in violation of the Fourth Amendment and/or the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution. All the evidence seized and the fruits thereof must be suppressed;

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff unreasonably delayed initiation of this forfeiture suit to claimants' detriment in violation of the Due Process Clause of the Fifth Amendment and Fourteenth Amendments to the United States Constitution;

### SIXTH AFFIRMATIVE DEFENSE

Forfeiture of the property would be in violation of the Excessive Fines Clause of the Eighth Amendment to the United States Constitution;

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff should be equitably estopped from pursuing this forfeiture;

### EIGHTH AFFIRMATIVE DEFENSE

Even if the allegations in the Complaint are true, not all of the property seized is subject to forfeiture.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to comply with Rule G of the Supplemental Rules for Admiralty or Martime Claims and Asset Forfeiture Actions

**PRAYER FOR RELIEF**

WHEREFORE, claimants pray as follows:

1. That plaintiff take nothing by reason of its complaint, and that judgment be rendered for claimants;

2. That claimants be awarded costs of suit;

///

///

3. For such other relief as the Court deems proper.

5. Claimants hereby demand trial by jury.

DATED:                        Respectfully submitted,


                    By:   /S//Erik Babcock
                          ERIK G. BABCOCK
                          Attorney for Claimants
                          TOAN HOANG, QUE NGO, and JULIE LUU

## PROOF OF SERVICE

___I declare under penalty of perjury that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 1212 Broadway, Suite 726, Oakland, CA 94612. On this date I served the attached ANSWER OF CLAIMANTS TOAN HOANG, QUE NGO, and JULIE LUU by causing a true copy to be placed in the United States mail, first class postage fully prepaid, addressed to the following person at the address below:

SUSAN B. GREY
ASSISTANT U.S. ATTORNEY
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102

Executed this _____ day of _____, 2008 at Oakland, California.

_____