1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-7324
7     Facsimile: (415) 436-6748
      email: susan.b.gray@usdoj.gov
8

9                    UNITED STATES OF AMERICA

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-0826 MMC |
| Plaintiff, | **DECLARATION OF PUBLICATION** |
| v. | |
| APPROXIMATELY $61,386 IN UNITED STATES CURRENCY, | |
| Defendant. | |

   Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 11, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

   Notice was also published in a newspaper of general circulation on February 13, 2008, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action. Said published notice advised all third parties of their right to file a claim with the court no later than thirty (30) days after final publication, and an answer within twenty (20) days after filing the claim, as evidenced by Attachment 2.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 29th day of May, 2008.
3
4
5
          _____
          SUSAN B. GRAY
6         Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
COURT CASE NUMBER: CV 08-0826 MMC; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

> $61,386.00 U.S. Currency plus $407.65 Interest (07-DEA-486418), which was seized from Kwang Young Pak and Quc Tu Ngo on April 18, 2007 at 2452 Cameron Dr, located in Union City, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 11, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and copies of each served upon Assistant United States Attorney Susan Gray, 450 Golden Gate Avenue, 10th Floor, San Francisco, CA 94102, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 11, 2008 and March 11, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

USA v. Approximately $61,386 in United States Currency
**Court Case No:** CV 08-0826 MMC
**For Asset ID(s):** 07-DEA-486418 $61,386.00 U.S. Currency plus $407.65 Interest

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/11/2008 | 23.6 | Verified |
| 2 | 02/12/2008 | 23.5 | Verified |
| 3 | 02/13/2008 | 23.3 | Verified |
| 4 | 02/14/2008 | 23.3 | Verified |
| 5 | 02/15/2008 | 23.7 | Verified |
| 6 | 02/16/2008 | 23.6 | Verified |
| 7 | 02/17/2008 | 23.6 | Verified |
| 8 | 02/18/2008 | 23.6 | Verified |
| 9 | 02/19/2008 | 23.5 | Verified |
| 10 | 02/20/2008 | 23.4 | Verified |
| 11 | 02/21/2008 | 23.4 | Verified |
| 12 | 02/22/2008 | 23.6 | Verified |
| 13 | 02/23/2008 | 22.5 | Verified |
| 14 | 02/24/2008 | 23.6 | Verified |
| 15 | 02/25/2008 | 23.6 | Verified |
| 16 | 02/26/2008 | 23.3 | Verified |
| 17 | 02/27/2008 | 23.7 | Verified |
| 18 | 02/28/2008 | 23.0 | Verified |
| 19 | 02/29/2008 | 23.2 | Verified |
| 20 | 03/01/2008 | 23.0 | Verified |
| 21 | 03/02/2008 | 23.0 | Verified |
| 22 | 03/03/2008 | 23.3 | Verified |
| 23 | 03/04/2008 | 21.8 | Verified |
| 24 | 03/05/2008 | 23.5 | Verified |
| 25 | 03/06/2008 | 22.7 | Verified |
| 26 | 03/07/2008 | 23.6 | Verified |
| 27 | 03/08/2008 | 23.5 | Verified |
| 28 | 03/09/2008 | 22.6 | Verified |
| 29 | 03/10/2008 | 21.5 | Verified |
| 30 | 03/11/2008 | 22.7 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Carolyn Jusay in the Northern District of California at 415-436-7242.

Attachment2

# THE INTER-CITY EXPRESS
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

OK #: 1281045

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA    2/13/08    OK-1281045#

No. CV 08-0826 MMC

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California    )
County of ALAMEDA   ) ss

Notice Type:    USM - US MARSHAL S PUBLICATION

Ad Description: CV08-0826 MMC/USA V. APPROXIMATELY $61,386 IN
U.S. CURRENCY

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

02/13/2008

Executed on: 02/13/2008
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

**NOTICE OF FORFEITURE ACTION**

UNITED STATES OF AMERICA, Plaintiff,
v.
APPROXIMATELY $61,386 IN UNITED STATES CURRENCY, Defendant.

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on February 5, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency.

In order to contest forfeiture of the in rem defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 5, 2008
SUSAN B. GRAY
Assistant United States Attorney

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

RECEIVED
08 FEB 19 PM 3:53
NORTHERN DISTRICT
OF CALIFORNIA

*A00000004710355*