1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-7324
7      Facsimile: (415) 436-7234
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for Plaintiff
9

                    **UNITED STATES DISTRICT COURT**

                   **NORTHERN DISTRICT OF CALIFORNIA**

                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. C-08-0826 MMC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY, | |
| Defendant. | CMC Date: September 25, 2009 |
| | Time:  10:30 a.m. |
| TOAN HOANG, QUE NGO, JULIE LUU, | Courtroom 7, 19th Floor |
| Claimants. | |

   Plaintiff, United States of America, and claimants Toan Hoang, Que Ngo and Julie Luu, by and through their counsel, Erik Babcock, Esq., respectfully submit this request to continue the Case Management Conference currently scheduled for September 25, 2009, to October 23, 2009, at 10:30 a.m.  This joint request for a continuance is made for the following reasons: The Assistant United States Attorney assigned to the case will be out of the country on government travel in Vietnam on the date currently scheduled for the case management conference.

1  Additionally, counsel for claimants will be in trial in state court.  Accordingly, both parties
2  request that the Court continue the case management conference to October 23, 2009, at 10:30 or
3  any date thereafter that is convenient for the Court.

                                  Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

Dated: September 3, 2009        /S/ Susan B. Gray
                                  SUSAN B. GRAY
                                  Assistant United States Attorney

Dated: September 3, 2009
                                  /S/ Erik Babcock
                                  ERIK BABCOCK
                                  Attorney for Claimants Toan Hoang, Que Ngo and Julie Luu

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the case management conference currently scheduled for September 25, 2009, is continued to October 23, 2009, at 10:30 a.m.

Dated: September 4, 2009                        /s/ Maxine M. Chesney
                                            MAXINE M. CHESNEY
                                            United States District Judge