ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612
510.452.8400 tel.

Attorney for Claimaints

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Nos. C-08-0826 MMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER CONTINUING CMC** |
| APPROXIMATELY $61,383.00 IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | ~~CMC Date: April 2, 2010~~ |
| Defendant. ) | Time: 10:30 a.m. |
| ) | |
| ) | Courtroom 7, 19 th Floor |
| ) | |
| TOAN HOANG, QUE NGO, JULIE LUU, ) | |
| ) | |
| ) | |
| Claimants. ) | |

Counsel for claimants is presently in trial on felony child molest charges in <u>People v. Mickle</u>, Shasta County Superior Court No. 08-07303. When the CMC in the instant matter was scheduled no conflict was anticipated because normally the trial court does not have trial on Fridays. However, at the end of court yesterday, the state trial court indicated it is considering having trial this Friday, April 2, 2010. It is anticipated that the case will go to the jury the afternoon of Thursday, April 1, 2010. If it does, the court may allow the jury to deliberate on Friday. If the jury is allowed to deliberate on Friday, April 2, 1010, counsel for claimants will be unavailable for the CMC in the instant matter because he will have to be present be in Redding, California during deliberations. The trial court did not make a final ruling, however,

-1-

| | |
|---|---|
| 1 | and counsel will likely not know his availability on Friday until the end of court on Thursday, |
| 2 | April 1, 2010. |
| 3 | In order the avoid counsel's last minute unavailability, IT IS THEREFORE |
| 4 | STIPULATED by and between the parties that the CMC in this matter may be continued to April |
| 5 | 30, 2010 (or any Friday after that convenient to the court). |
| 6 | SO STIPULATED. |

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 31, 2010          /S/
SUSAN B. GRAY
Assistant United States Attorney

Dated: March 31, 2010          /S/
ERIK BABCOCK
Attorney for Claimants
Toan Hoang, Que Ngo and Julie Luu

GOOD CAUSE APPEARING, IT IS SO ORDERED. Specifically, the Case Management Conference is CONTINUED to April 30, 2010. No further Case Management Statement is required.

Dated: March 31, 2010
Hon. Maxine M. Chesney
U.S. DISTRICT JUDGE