MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7324
   Facsimile: (415) 436-7234
   Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br>──────────────────────────── <br><br> TOAN HOANG, QUE NGO, JULIE LUU, <br><br> Claimants. <br> ──────────────────────────── | Nos. CV 08-0826 MMC <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> CMC Date: September 17, 2010 <br> Time: 10:30 a.m. <br><br> Courtroom 7, 19th Floor |

   Plaintiff, United States of America, and claimants Toan Hoang, Que Ngo and Julie Luu, by and through their counsel, Erik Babcock, Esq., respectfully submit this request to continue the Case Management Conference currently scheduled for September 17, 2010, to November 13 or 20, 2010. This joint request for a continuance is made because the parties were originally scheduled for a settlement conference before Magistrate Judge Larson on September 10, 2010. The settlement conference has been continued until October 22, 2010, to allow the parties more

-1-

time to complete discovery.  Accordingly, both parties request that the Court continue the case management conference to November 13 or 20, or any date and time thereafter that is convenient for the Court.

                              Respectfully submitted,

                              MELINDA HAAG
                              United States Attorney

Dated: September 10, 2010        /S/  Susan B. Gray
                              SUSAN B. GRAY
                              Assistant United States Attorney

Dated: September 10, 2010
                              /S/  Erik Babcock
                              ERIK BABCOCK
                              Attorney for Claimants Toan Hoang, Que Ngo and Julie Luu

### [PROPOSED] ORDER

    GOOD CAUSE APPEARING, it is hereby ordered that the case management conference currently scheduled for September 10, 2010, is continued to November 19, 2010, at 10:30 a.m.

Dated: September 13, 2010                          MAXINE M. CHESNEY
                                                    United States District Judge