MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.7234
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $61,386.00 IN UNITED STATES CURRENCY, <br><br> Defendant. | No. CV 08-0826 MMC (JL) <br><br> [PROPOSED] JUDGMENT OF FORFEITURE |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this 29th day of October, 2010,

ORDERED, ADJUDGED AND DECREED that defendant $24,554.40 plus accrued interest thereof be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

~~MAGISTRATE JUDGE JAMES LARSON~~
United States District Judge
MAXINE M. CHESNEY